```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
DASAN, INC.,                             :           26cv134(DLC)
                                         :
                         Plaintiff,      :              ORDER
             -v-                         :
                                         :
PARCEL PRO, INC.,                        :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated at the pretrial conference held on March 6, 2026 it is hereby

ORDERED that the parties shall immediately contact the chambers of Magistrate Judge Gary Stein in order to schedule settlement discussions under his supervision to occur by **April 17, 2026.**

IT IS FURTHER ORDERED that a motion to compel arbitration is due **May 1, 2026.**  The opposition is due **May 22, 2026.**  The reply, if any, shall be filed by **June 5, 2026.**  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl

Street, New York, New York.

Dated:    New York, New York
          March 6, 2026

_____
DENISE COTE
United States District Judge