**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DASAN, INC.,

                        Plaintiff,

           -against-

PARCEL PRO, INC.,

                       Defendant.
-----------------------------------------------------------------X

**26 Civ. No. 0134 (DLC)**

**PRE-SETTLEMENT**
**CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Pre-Settlement Conference Call on **Thursday, April 23, 2026 at 2:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 250 100 521#.**

       **SO ORDERED.**

DATED:     New York, New York
            April 15, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge