**IIIORRISON FOERSTER**

**MEMO ENDORSED**

250 WEST 55TH STREET
NEW YORK
NEW YORK  10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG, LONDON,
LOS ANGELES, MIAMI, NEW YORK, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SEATTLE,
SHANGHAI, SINGAPORE, TOKYO,
WASHINGTON, D.C.

April 22, 2026

Application granted. The Pre-settlement Phone Call scheduled for tomorrow, April 23, 2026 is hereby cancelled. SO ORDERED.

Writer's Direct Contact
+1 (212) 336-4173
justinyoung@mofo.com

The Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Date:   April 22, 2026

*Gary Stein*

Gary Stein
United States Magistate Judge
Southern District of New York

Re:   *Dasan, Inc. v. Parcel Pro, Inc.*, No. 1:26-cv-00134-DLC;
      Joint Motion to Adjourn Pre-Settlement and Settlement Conferences

Dear Judge Stein:

The parties are happy to report they have reached a settlement in principle to resolve all claims in this action.  To allow sufficient time for the parties to finalize the settlement agreement, the parties jointly ask to adjourn *sine die* the Pre-Settlement Conference scheduled for April 23, 2026 and the Settlement Conference tentatively scheduled for May 8, 2026.  Once the parties finalize the settlement agreement, they will file a stipulation to voluntarily dismiss all claims in this action.

This is the parties' third request for an extension in this action; they previously requested and received two extensions of time for Defendant to respond to the complaint.

Respectfully submitted,

MCGIVNEY KLUGER CLARK &
INTOCCIA P.C.

*/s/ Eliot L. Greenberg*

Eliot L. Greenberg
33 Whitehall Street, Floor 16
New York, New York 10004
Telephone: (212) 509-3456
egreenberg@mcgivneyandkluger.com

*Counsel for Plaintiff*

MORRISON & FOERSTER LLP

*/s/ Justin Young*

Justin Young
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
justinyoung@mofo.com

*Counsel for Defendant*