UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- X
                                           :
DASAN, INC.,                               :        26cv134(DLC)
                                           :
                        Plaintiff,         :        ORDER
           -v-                             :
                                           :
PARCEL PRO, INC.,                          :
                                           :
                        Defendants.        :
                                           :
----------------------------------------- X

DENISE COTE, District Judge:

It having been reported to this Court that the parties have

reached a settlement in principle, it is hereby

ORDERED that the above-captioned action is discontinued

without costs to any party and without prejudice to restoring

the action to this Court's calendar if the application to

restore the action is made by **May 22, 2026.** If no such

application is made by that date, today's dismissal of the

action is with prejudice. See Muze, Inc. v. Digital On Demand,

Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:     New York, New York
           April 23, 2026

                                   _____
                                          DENISE COTE
                                   United States District Judge